

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
02/21/2020

| | | |
|---|---|---|
| IN RE: | § | |
| HOUSTON BLUEBONNET, L.L.C. | § | CASE NO: 16-34850 |
|     Debtor(s) | § | |
| | § | CHAPTER 11 |
| | § | |
| HENRY R. HAMMAN, *et al* | § | |
|     Plaintiff(s) | § | |
| | § | |
| VS. | § | ADVERSARY NO. 16-03251 |
| | § | |
| KENNETH R. LYLE, *et al* | § | |
|     Defendant(s) | § | |

## ORDER

For the reasons set forth in the Memorandum Opinion issued on this date, Henry R. Hamman, *et al.*'s motion for partial summary judgment as to liability and damages is granted in part and denied in part. Kenneth R. Lyle's motion for summary judgment is denied.

A final evidentiary trial establishing the amount, if any, owed by Lyle to the Hammans will be conducted on April 6, 2020 at 3:30 p.m.

SIGNED **February 20, 2020.**

Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE